| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>TRIMBLE, JAMES T | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>03/15/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (S) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>611 Broad St., Suite 237<br>LAKE CHARLES, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAR 21 A 9:18 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 03/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal.Fed.Emp.Cr.Un.(Savings Account) | A | None | J | T | | | | | |
| 2. Capital One (change from Hibernia) | A | None | K | T | | | | | |
| 3. Raintree Asso.-Ltd.Prshp | | None | J | W | | | | | |
| 4. U.S. Sav. Bonds-Ser.EE | | None | K | T | | | | | |
| 5. Exxon Corp. Stock | A | Dividend | K | T | | | | | |
| 6. Equitable Life (S.Prem) | | None | K | T | | | | | |
| 7. American Funds (IRA) | | None | J | T | | | | | |
| 8. New York Life Ins. Annuity | B | Interest | J | T | cashedinfull | 06/16 | K | B | |
| 9. Citibank Deposit Program(changed from LEGG Mason Cash Res.) | E | Distribution | M | T | | | | | |
| 10. Legg Mason Opp. Trust (IRA) | | None | M | T | See Ex.A | | | | |
| 11. American Balanced Fund (IRA) | | None | K | T | See Ex.A | | | | |
| 12. American Mutual Fund (IRA) | | None | K | T | See Ex.A | | | | |
| 13. Euro-Pacific Growth Fund (IRA) | | None | K | T | See Ex.A | | | | |
| 14. Growth Fund of America (IRA) | | None | K | T | See Ex.A | | | | |
| 15. Income Fund of America (IRA) | | None | K | T | See Ex.A | | | | |
| 16. Washington Mutual Investors Fund (IRA) | | None | K | T | See Ex.A | | | | |
| 17. Legg Mason Opportunity Trust | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 19. Legg Mason Special Investment Trust | A | Dividend | K | T | | | | | |
| 20. Am. Cap. Strategies (IRA) | | None | L | T | | | | | |
| 21. RMK High Income Fund (IRA) | | None | K | T | | | | | |
| 22. Anheuser Busch (IRA) | | None | J | T | | | | | |
| 23. Apollo Inv. Corp. (IRA) | | None | K | T | | | | | |
| 24. HRPT Properties | A | Dividend | J | T | | | | | |
| 25. Verizon (IRA) | | None | J | T | Bought | 06/06 | J | | |
| 26. Citibank Deposit Program | A | Interest | J | T | Deposit | 06/29 | J | | |
| 27. Citigroup | | None | J | T | Bought | 06/29 | J | | |
| 28. General Electric | | None | J | T | Bought | 06/29 | J | | |
| 29. Pfizer Inc. | A | Dividend | J | T | Bought | 06/29 | J | | |
| 30. Precision Drilling Trust | | None | K | T | Bought | 12/13 | K | | |
| 31. Capital One CD | A | | K | T | Bought | 10/3 | K | | |
| 32. Red River Bank CD | A | | K | T | Bought | 11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 03/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

See Exhibit A below.

Exhibit A

1. LEGG Mason Opportunity Trust 1/13/06 - Moved $83,000.00 in sh. to 9 above
   6/01/06 - Bought $25,000 in sh. from 9 above
   8/31/06 - Bought $15,000 in sh. from 9 above

2. American Balanced Fund     1/13/06 - Moved $25,000 in sh. to 9 above

3. American Mutual Fund     1/13/06 - Moved $26,000 in sh. to 9 above

4. Euro-Pacific Growth Fund     1/13/06 - Moved $25,000 in sh. to 9 above

5. Growth Fund of America     1/13/06 - Moved $29,000 in sh. to 9 above

6. Income Fund of America     1/13/06 - Moved $27,000 in sh. to 9 above

7. Washington Mutual Investors Fund 1/13/06 - Moved $25,000 in sh. to 9 above

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____ Date _March 15, 2007_

NOTE: OWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544